Form 1057-SC Rev. 11/14

## STATEMENT OF CLAIM AND CITATION

**LONG-ARM STATUTE**

NUMBER: 16-06631

SECTION: **D**

*SERVICE RETURN*

MUST BE TYPED OR PRINTED

**SMALL CLAIMS DIVISION**
**FIRST CITY COURT**
**STATE OF LOUISIANA**

421 LOYOLA AVE.
ROOM 201
NEW ORLEANS, LA 70112
TEL. (504) 407-0404

**PLAINTIFF:**

| Anthony Reed | 8730 Olive St |
|---|---|
| Full Name of Suing Party | Street Address of Plaintiff |

| New Orleans Louisiana 70118 | 504-434-8224 |
|---|---|
| City, State and Zip Code | Phone |

**DEFENDANT:** First Premiere Bank

Attn: Rozenbaum, AR
Full Name of Party Being Sued

| P.O. Box 5524, 3820 N. Louise Ave | Sioux Falls | SD | 57117-5524 |
|---|---|---|---|
| Street Address of Defendant | City | State | Zip Code |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT: Short statement of Plaintiff's claim and reasons. If money claim, state year indebtedness arose and describe any promissory note.

Amount sued for $ 5,000.00 plus interest and court costs.

1) Defamation
2) Negligent Enablement of Identity Fraud
3) Violation of the Fair Credit Reporting Act

**RECEIVED SEP 26 2016 BY:**

**···SERVICE···**
I CERTIFY THAT THE ABOVE AND ATTACHED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. IT IS REQUESTED THAT SERVICE BE MADE OF THIS PLEADING IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.

**FILED** Sept 21st, 2016
DEPUTY CLERK

Anthony Reed
(Signature of Plaintiff)

**NOTICE:**
**YOU HAVE BEEN SUED.**

This citation is a certified copy of a petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within ten (10) days after you have received these documents, you must file an answer or other pleadings in the office of the Clerk of First City Court, 421 Loyola Ave., Room 201, New Orleans, Louisiana 70112.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within ten (10) days, a judgment may be entered against you without further notice.

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
│   PROPER ATTIRE REQUIRED  │
│   NO SHORTS • NO SCARVES  │
│   NO HATS • NO TANK TOPS  │
│   NO BEACH SANDALS        │
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

**EXHIBIT A**

ORIGINAL (White), DEFENDANT'S COPY (Yellow), PLAINTIFF'S COPY (Green), SERVICE RETURN (Pink)

| PERSONAL | DOMICILIARY |
|---|---|
| Received _____ 20 _____<br>and on _____ 20 _____<br>I served a true copy of the within _____ NOTICE<br>on _____<br>defendant herein person<br><br>_____<br>Deputy Constable | Received _____ 20 _____<br>and on _____ 20 _____<br>I served a true copy of the within _____<br>on _____ Defendant<br>herein serving same at his domicile _____<br>in the hands of _____<br>a person of SUITABLE AGE AND DISCRETION RESIDING therein as a member of his domiciliary establishment, Defendant being absent at time of said service. All of these facts I learned by interrogating said person.<br><br>_____<br>Deputy Constable |



# SPECIAL DEPUTY

| PERSONAL | DOMICILIARY |
|---|---|
| Received _____ 20 _____<br>and on _____ 20 _____<br>I served a true copy of the within _____ NOTICE<br>on _____<br>defendant herein person<br><br>_____<br>Special Deputy | Received _____ 20 _____<br>and on _____ 20 _____<br>I served a true copy of the within _____<br>on _____ Defendant<br>herein serving same at his domicile _____<br>In the hands of _____<br>a person of SUITABLE AGE AND DISCRETION RESIDING therein as a member of his domiciliary establishment, Defendant being absent at time of said service. All of these facts I learned by interrogating said person.<br><br>_____<br>Special Deputy |

SMALL CLAIMS DIVISION
FIRST CITY COURT OF THE CITY OF NEW ORLEANS
Ellen M. Hazeur, Clerk
421 Loyola Avenue, Room 201
New Orleans, Louisiana 70112
(504) 407-0404

## INSTRUCTIONS FOR DEFENDANT (PARTY BEING SUED)

### ATTENTION

### YOU ARE BEING SUED IN SMALL CLAIMS COURT

*It is very important for you to read and follow these instructions!*

1. Read the Statement of Claim; it will tell you who is suing you (the plaintiff) and why.

2. If you want to pay this claim, you should contact the plaintiff immediately and make arrangements. The plaintiff's address and telephone number are on the Statement of Claim.

3. If you want to contest this claim, you must decide whether or not you want to have the case remain in Small Claims Court. In Small Claims Court, the ordinary rules of evidence do not apply. This allows you to simply come in and tell the judge your side of the case at the appointed time. **You do not need a lawyer,** but you may bring one if you wish. The judge will help both sides present their case. If you lose, periodic payments of the claim may be arranged by the judge in Small Claims Court.

   If you decide to remain in Small Claims and you lose your case, **you may not appeal.** However, if you win, the plaintiff may not appeal either. If you want the right of appeal, you must follow the directions in Number 4. If you want the case to remain in Small Claims Court, you must follow the directions in Number 5. **If you are unsure of what to do you should talk with an attorney about it immediately.**

4. If you wish to retain the right of appeal, you must transfer this case to the regular civil docket of First City Court. To do so, you must file a Motion to Transfer along with an Answer or Motion for Extension of Time, both of which must be filed within ten (10) days from the date you were served with the Statement of Claim and Citation. You must pay $334.00 to transfer the case to the regular docket of First City Court. If the Answer is not filed along with the Motion to Transfer, you are required to pay an additional $250.00. There is also a Constable's fee to serve this motion; call the Constable's Office (504-523-3258) for the amount of the fee.

5. If you decide to contest this claim in Small Claims Court, or if you want to be able to pay this claim over a period of time, you must either file an Answer or other pleadings in the Clerk's Office at 421 Loyola Avenue, Room 201, New Orleans, LA 70112 within ten (10) days after you have received these documents.

Form # 1000-SC Rev. 01/01/10

## SMALL CLAIMS DIVISION

### FIRST CITY COURT OF THE CITY OF NEW ORLEANS
Ellen M. Hazeur, Clerk
421 Loyola Avenue, Room 201
New Orleans, Louisiana 70112
(504) 407-0404

*Read these instructions before filing a Small Claims Suit.*

### INSTRUCTIONS

1. The most you can sue for is $5,000.00. The filing fee for a small claims petition is $113.00 per defendant (CASH, VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER ONLY) and $20.00 service fee to the Constable for service in Orleans Parish. If service must be made outside of Orleans Parish it will cost more; you should contact the Constable's office at (504) 523-3258 to get the exact cost. Note that there will be additional service fees if you file pleadings that must be served.

2. **You must have the full name and address of the person you sue. You are responsible for keeping up with the defendant's current address.**

3. If the defendant is not domiciled in Orleans Parish, you should seek legal advice on whether Orleans Parish is the proper venue for your suit. You may need to sue the defendants in another parish. **You should check this before you pay your filing fees because no refunds will be given.**

4. It may take approximately 5 (five) months before you go to trial. However, there is no set time line for when your case will be settled. You must be available to come here often in order for your case to proceed forward. It is your responsibility to keep up with the status of your case. Anytime you wish to receive information on your case, you may call this office at (504) 407-0404 and give the clerk the case number. It will be written on the top left hand corner of your Small Claims petition.

5. If you sue a business or corporation, **you must find** the name and address of the registered agent or owner. To do this, call 1-225-922-1000, Secretary of State for businesses; 1-225-925-4704 for corporations, and 1-225-342-0895, Commissioner of Insurance for insurance companies. These are long distance calls. **Make sure you have the correct information before filing your claim.** (Corporation example: ABC Company, Inc., through Jack Jones, Registered Agent, Business: Henry John d/b/a John's Auto Repair.)

6. You can represent yourself in Small Claims. However, either party may hire an attorney if they choose. There are no attorneys in the Small Claims Division to advise or represent you. *The Small Claims Clerk is not an attorney and can only give you procedural information on how to file a claim.*

7. A small claims suit can be transferred to the regular docket of First City Court by either party by filing a Motion to Transfer. The cost to do this is $334.00.

8. IMPORTANT – Even if you get a judgment in your favor, this does not mean you will get your money! If a person is unemployed, does not own any property, or is on welfare or some assistance program, it may be impossible to collect. **The judgment is FINAL; there is no appeal in Small Claims.**

9. No one may file more than six (6) Small Claims suits per year.

10. Approval to file a suit In Forma Paupers ("IFP") does not mean that you get to file your suit for free. It means that the court costs/fees will be DEFERRED until the end of the litigation. Even if you win your case, you may be ordered to pay your own court costs and these costs will be deducted from your award.

YOU SHOULD DECIDE WHETHER OR NOT IT IS WORTH YOUR TIME AND MONEY TO SUE!

NO REFUNDS

Form 1058SC Rev. 07/19/05

# FIRST CITY COURT FOR THE CITY OF NEW ORLEANS
## SMALL CLAIMS DIVISION
ELLEN M. HAZEUR, CLERK
421 LOYOLA AVENUE, ROOM 201
NEW ORLEANS, LA 70112
(504) 407-0404

NO 16 - 06632

_____
PLAINTIFF

VS.

_____
DEFENDANT

FIRST CITY COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

**D**

★ ★ ★ **DEFENDANT'S ANSWER** ★ ★ ★

THIS FORM IS USED TO NOTIFY THE SMALL CLAIMS COURT THAT YOU INTEND TO CONTEST THE PLAINTIFF'S CLAIM. CHECK THE STATEMENT THAT APPLIES.

____ 1. I DO NOT OWE THE PLAINTIFF ANY PART OF WHAT HE CLAIMS.

____ 2. I OWE THE PLAINTIFF ONLY PART OF WHAT HE CLAIMS.

____ 3. I OWE THE PLAINTIFF WHAT HE CLAIMS, AND WAIVE ANY FURTHER APPEARANCE AND/OR DELAYS AND CONSENT TO JUDGMENT AGAINST ME IN THE AMOUNT SOUGHT.

_____
_____

FILL IN           PRINT DEFENDANT'S NAME: _____
THIS SECTION      DATE: _____
COMPLETELY        PHONE NUMBER: _____
                  ADDRESS: _____

_____
(Signature of Defendant)

★ ★ ★ **COUNTER CLAIM** ★ ★ ★

YOU ARE REQUIRED TO PAY THE COST OF $111.50 TO FILE A COUNTER CLAIM PLUS SERVICE FEES.

WHETHER OR NOT YOU BELIEVE YOU OWE THE PLAINTIFF, YOU MAY HAVE A CLAIM OF YOUR OWN AGAINST THE PLAINTIFF. YOU MAY RAISE YOUR CLAIM AS PART OF THIS CASE AND HAVE IT DECIDED AT THE SAME TIME. IF YOUR CLAIM IS FOR AN AMOUNT OVER THE JURISDICTION OF THE SMALL CLAIMS COURT ($5,000) YOU MUST TRANSFER TO THE REGULAR DOCKET OF FIRST CITY COURT. THERE IS A $334.00 FEE TO TRANSFER YOUR CASE TO THE FIRST CITY COURT DOCKET. IF DEFENDANT'S ANSWER IS FILED AFTER THE MOTION TO TRANSFER TO THE REGULAR DOCKET YOU WILL BE REQUIRED TO PAY $250.00 TO FILE YOUR ANSWER.

PLAINTIFF OWES ME $ _____ (BRIEFLY DESCRIBE CLAIMS & STATE REASONS)
_____
_____
_____
_____

FILL IN           DATE: _____
THIS SECTION      PHONE NUMBER: _____
COMPLETELY        ADDRESS: _____

_____
(Signature of Defendant)

Form 1057-SC Rev. 11/14

## STATEMENT OF CLAIM AND CITATION

SMALL CLAIMS DIVISION
FIRST CITY COURT
STATE OF LOUISIANA

NUMBER: 16 - 06621

SECTION: **D**

MUST BE TYPED OR PRINTED

421 LOYOLA AVE.
ROOM 201
NEW ORLEANS, LA 70112
TEL. (504) 407-0404

**PLAINTIFF:**

Anthony Reed — 8730 Olive St
Full Name of Suing Party — Street Address of Plaintiff

New Orleans  Louisiana  70118    504-434-8224
City, State and Zip Code                             Phone

**DEFENDANT:** First Premiere Bank

~~Dave Rozenbouyn~~ AR
Full Name of Party Being Sued

P.O. Box 5524, 3820 N. Louise Ave     Sioux Falls    SD    57117-5524
Street Address of Defendant                 City              State     Zip Code

* * * * * * * * * * * * * * * * * * * * *

PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT: Short statement of Plaintiff's claim and reasons. If money claim, state year indebtedness arose and describe any promissory note.

Amount sued for $ 5,000.00 plus interest and court costs.

1) Defamation
2) Negligent Enablement of Identity Fraud
3) Violation of the Fair Credit Reporting Act

•••SERVICE•••
I CERTIFY THAT THE ABOVE AND ATTACHED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. IT IS REQUESTED THAT SERVICE BE MADE OF THIS PLEADING IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.

Anthony Reed
(Signature of Plaintiff)

**FILED**
Sept. 21st, 2016
DEPUTY CLERK

┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
| **PROPER ATTIRE REQUIRED** |
| NO SHORTS • NO SCARVES |
| NO HATS • NO TANK TOPS |
| NO BEACH SANDALS |
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘

**NOTICE:**
**YOU HAVE BEEN SUED.**

This citation is a certified copy of a petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within ten (10) days after you have received these documents, you must file an answer or other pleadings in the office of the Clerk of First City Court, 421 Loyola Ave., Room 201, New Orleans, Louisiana 70112.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within ten (10) days, a judgment may be entered against you without further notice.

ORIGINAL (White), DEFENDANT'S COPY (Yellow), PLAINTIFF'S COPY (Green), SERVICE RETURN (Pink)

Form 1057-SC Rev. 11/14

## STATEMENT OF CLAIM AND CITATION

**LONG-ARM STATUTE**

NUMBER: 16-06621

SECTION: D

SERVICE RETURN
MUST BE TYPED OR PRINTED

**SMALL CLAIMS DIVISION
FIRST CITY COURT
STATE OF LOUISIANA**

421 LOYOLA AVE.
ROOM 201
NEW ORLEANS, LA 70112
TEL. (504) 407-0404

**PLAINTIFF:**

Anthony Reed — 8730 Olive St
Full Name of Suing Party — Street Address of Plaintiff

New Orleans, Louisiana 70118 — 504-434-8224
City, State and Zip Code — Phone

**DEFENDANT:** First Premier Bank

Full Name of Party Being Sued — AR

P.O. Box 5524, 3820 N Louise Ave — Sioux Falls — SD — 57117-5524
Street Address of Defendant — City — State — Zip Code

***************

PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT: Short statement of Plaintiff's claim and reasons. If money claim, state year indebtedness arose and describe any promissory note.

Amount sued for $ 2,000.00 plus interest and court costs.

1) Defamation
2) Negligent Enablement of Identity Fraud
3) Violation of the Fair Credit Reporting Act

RECEIVED SEP 26 2016 BY:

---SERVICE---
I CERTIFY THAT THE ABOVE AND ATTACHED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. IT IS REQUESTED THAT SERVICE BE MADE OF THIS PLEADING IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.

Anthony Reed
(Signature of Plaintiff)

**FILED**
Sept 21st, 2016
DEPUTY CLERK

```
┌─────────────────────────────┐
│ PROPER ATTIRE REQUIRED      │
│ NO SHORTS • NO SCARVES      │
│ NO HATS • NO TANK TOPS      │
│ NO BEACH SANDALS            │
└─────────────────────────────┘
```

**NOTICE:
YOU HAVE BEEN SUED.**

This citation is a certified copy of a petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within ten (10) days after you have received these documents, you must file an answer or other pleadings in the office of the Clerk of First City Court, 421 Loyola Ave., Room 201, New Orleans, Louisiana 70112.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within ten (10) days, a judgment may be entered against you without further notice.

ORIGINAL (White), DEFENDANT'S COPY (Yellow), PLAINTIFF'S COPY (Green), SERVICE RETURN (Pink)

| PERSONAL | DOMICILIARY |
|---|---|
| Received _____ 20 ___<br>and on _____ 20 ___<br>I served a true copy of the within _____ NOTICE<br>on _____<br>defendant herein person<br><br>_____<br>Deputy Constable | Received _____ 20 ___<br>and on _____ 20 ___<br>I served a true copy of the within _____<br>on _____ Defendant<br>herein serving same at his domicile _____<br>In the hands of _____<br>a person of SUITABLE AGE AND DISCRETION RESIDING therein as a member of his domiciliary establishment, Defendant being absent at time of said service. All of these facts I learned by interrogating said person.<br><br>_____<br>Deputy Constable |



# SPECIAL DEPUTY

| PERSONAL | DOMICILIARY |
|---|---|
| Received _____ 20 ___<br>and on _____ 20 ___<br>I served a true copy of the within _____ NOTICE<br>on _____<br>defendant herein person<br><br>_____<br>Special Deputy | Received _____ 20 ___<br>and on _____ 20 ___<br>I served a true copy of the within _____<br>on _____ Defendant<br>herein serving same at his domicile _____<br>In the hands of _____<br>a person of SUITABLE AGE AND DISCRETION RESIDING therein as a member of his domiciliary establishment, Defendant being absent at time of said service. All of these facts I learned by interrogating said person.<br><br>_____<br>Special Deputy |

SMALL CLAIMS DIVISION
FIRST CITY COURT OF THE CITY OF NEW ORLEANS
Ellen M. Hazeur, Clerk
421 Loyola Avenue, Room 201
New Orleans, Louisiana 70112
(504) 407-0404

## INSTRUCTIONS FOR DEFENDANT (PARTY BEING SUED)

### ATTENTION

### YOU ARE BEING SUED IN SMALL CLAIMS COURT

*It is very important for you to read and follow these instructions!*

1. Read the Statement of Claim; it will tell you who is suing you (the plaintiff) and why.

2. If you want to pay this claim, you should contact the plaintiff immediately and make arrangements. The plaintiff's address and telephone number are on the Statement of Claim.

3. If you want to contest this claim, you must decide whether or not you want to have the case remain in Small Claims Court. In Small Claims Court, the ordinary rules of evidence do not apply. This allows you to simply come in and tell the judge your side of the case at the appointed time. **You do not need a lawyer,** but you may bring one if you wish. The judge will help both sides present their case. If you lose, periodic payments of the claim may be arranged by the judge in Small Claims Court.

   If you decide to remain in Small Claims and you lose your case, **you may not appeal.** However, if you win, the plaintiff may not appeal either. If you want the right of appeal, you must follow the directions in Number 4. If you want the case to remain in Small Claims Court, you must follow the directions in Number 5. **If you are unsure of what to do you should talk with an attorney about it immediately.**

4. If you wish to retain the right of appeal, you must transfer this case to the regular civil docket of First City Court. To do so, you must file a Motion to Transfer along with an Answer or Motion for Extension of Time, both of which must be filed within ten (10) days from the date you were served with the Statement of Claim and Citation. You must pay $334.00 to transfer the case to the regular docket of First City Court. If the Answer is not filed along with the Motion to Transfer, you are required to pay an additional $250.00. There is also a Constable's fee to serve this motion; call the Constable's Office (504-523-3258) for the amount of the fee.

5. If you decide to contest this claim in Small Claims Court, or if you want to be able to pay this claim over a period of time, you must either file an Answer or other pleadings in the Clerk's Office at 421 Loyola Avenue, Room 201, New Orleans, LA 70112 within ten (10) days after you have received these documents.

Form # 1000-SC Rev. 01/01/10

## SMALL CLAIMS DIVISION

### FIRST CITY COURT OF THE CITY OF NEW ORLEANS
Ellen M. Hazeur, Clerk
421 Loyola Avenue, Room 201
New Orleans, Louisiana 70112
(504) 407-0404

*Read these instructions before filing a Small Claims Suit.*

### INSTRUCTIONS

1. The most you can sue for is $5,000.00. The filing fee for a small claims petition is $113.00 per defendant (CASH, VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER ONLY) and $20.00 service fee to the Constable for service in Orleans Parish. If service must be made outside of Orleans Parish it will cost more; you should contact the Constable's office at (504) 523-3258 to get the exact cost. Note that there will be additional service fees if you file pleadings that must be served.

2. **You must have the full name and address of the person you sue. You are responsible for keeping up with the defendant's current address.**

3. If the defendant is not domiciled in Orleans Parish, you should seek legal advice on whether Orleans Parish is the proper venue for your suit. You may need to sue the defendants in another parish. **You should check this before you pay your filing fees because no refunds will be given.**

4. It may take approximately 5 (five) months before you go to trial. However, there is no set time line for when your case will be settled. You must be available to come here often in order for your case to proceed forward. It is your responsibility to keep up with the status of your case. Anytime you wish to receive information on your case, you may call this office at (504) 407-0404 and give the clerk the case number. It will be written on the top left hand corner of your Small Claims petition.

5. If you sue a business or corporation, **you must find** the name and address of the registered agent or owner. To do this, call 1-225-922-1000, Secretary of State for businesses; 1-225-925-4704 for corporations, and 1-225-342-0895, Commissioner of Insurance for insurance companies. These are long distance calls. **Make sure you have the correct information before filing your claim.** (Corporation example: ABC Company, Inc., through Jack Jones, Registered Agent, Business: Henry John d/b/a John's Auto Repair.)

6. You can represent yourself in Small Claims. However, either party may hire an attorney if they choose. There are no attorneys in the Small Claims Division to advise or represent you. *The Small Claims Clerk is not an attorney and can only give you procedural information on how to file a claim.*

7. A small claims suit can be transferred to the regular docket of First City Court by either party by filing a Motion to Transfer. The cost to do this is $334.00.

8. IMPORTANT – Even if you get a judgment in your favor, this does not mean you will get your money! If a person is unemployed, does not own any property, or is on welfare or some assistance program, it may be impossible to collect. **The judgment is FINAL; there is no appeal in Small Claims.**

9. No one may file more than six (6) Small Claims suits per year.

10. **Approval to file a suit In Forma Paupers ("IFP") does not mean that you get to file your suit for free. It means that the court costs/fees will be DEFERRED until the end of the litigation. Even if you win your case, you may be ordered to pay your own court costs and these costs will be deducted from your award.**

YOU SHOULD DECIDE WHETHER OR NOT IT IS WORTH YOUR TIME AND MONEY TO SUE!

### NO REFUNDS

Form 1058SC Rev. 07/19/05

# FIRST CITY COURT FOR THE CITY OF NEW ORLEANS
## SMALL CLAIMS DIVISION
ELLEN M. HAZEUR, CLERK
421 LOYOLA AVENUE, ROOM 201
NEW ORLEANS, LA 70112
(504) 407-0404

NO 16 - 06682

D

_____
PLAINTIFF

VS.

_____
DEFENDANT

FIRST CITY COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

★ ★ ★ **DEFENDANT'S ANSWER** ★ ★ ★

THIS FORM IS USED TO NOTIFY THE SMALL CLAIMS COURT THAT YOU INTEND TO CONTEST THE PLAINTIFF'S CLAIM. CHECK THE STATEMENT THAT APPLIES.

____ 1.   I DO NOT OWE THE PLAINTIFF ANY PART OF WHAT HE CLAIMS.

____ 2.   I OWE THE PLAINTIFF ONLY PART OF WHAT HE CLAIMS.

____ 3.   I OWE THE PLAINTIFF WHAT HE CLAIMS, AND WAIVE ANY FURTHER APPEARANCE AND/OR DELAYS AND CONSENT TO JUDGMENT AGAINST ME IN THE AMOUNT SOUGHT.

_____

_____

| FILL IN | PRINT DEFENDANT'S NAME: _____ |
|---|---|
| THIS SECTION | DATE: _____ |
| COMPLETELY | PHONE NUMBER: _____ |
| | ADDRESS: _____ |

_____
(Signature of Defendant)

★ ★ ★ **COUNTER CLAIM** ★ ★ ★

YOU ARE REQUIRED TO PAY THE COST OF $111.50 TO FILE A COUNTER CLAIM PLUS SERVICE FEES.

WHETHER OR NOT YOU BELIEVE YOU OWE THE PLAINTIFF, YOU MAY HAVE A CLAIM OF YOUR OWN AGAINST THE PLAINTIFF. YOU MAY RAISE YOUR CLAIM AS PART OF THIS CASE AND HAVE IT DECIDED AT THE SAME TIME. IF YOUR CLAIM IS FOR AN AMOUNT OVER THE JURISDICTION OF THE SMALL CLAIMS COURT ($5,000) YOU MUST TRANSFER TO THE REGULAR DOCKET OF FIRST CITY COURT. THERE IS A $334.00 FEE TO TRANSFER YOUR CASE TO THE FIRST CITY COURT DOCKET. IF DEFENDANT'S ANSWER IS FILED AFTER THE MOTION TO TRANSFER TO THE REGULAR DOCKET YOU WILL BE REQUIRED TO PAY $250.00 TO FILE YOUR ANSWER.

PLAINTIFF OWES ME $ _____ (BRIEFLY DESCRIBE CLAIMS & STATE REASONS)

_____

_____

_____

| FILL IN | DATE: _____ |
|---|---|
| THIS SECTION | PHONE NUMBER: _____ |
| COMPLETELY | ADDRESS: _____ |

_____
(Signature of Defendant)

Form 1057-SC Rev. 11/14

## STATEMENT OF CLAIM AND CITATION

**SMALL CLAIMS DIVISION**
**FIRST CITY COURT**
**STATE OF LOUISIANA**

NUMBER: 16 - 0 6 6 8 1

SECTION: **D**

421 LOYOLA AVE.
ROOM 201
NEW ORLEANS, LA 70112
TEL. (504) 407-0404

MUST BE TYPED OR PRINTED

PLAINTIFF:
Anthony Reed                    8730 Olive St
Full Name of Suing Party        Street Address of Plaintiff

New Orleans   Louisiana  70118        504-434-8224
City, State and Zip Code                        Phone

DEFENDANT: First Premiere Bank

Dave Rozenbaum   AR
Full Name of Party Being Sued

P.O. Box 5524, 3820 N. Louise Ave    Sioux Falls    SD    57117-5524
Street Address of Defendant           City           State    Zip Code

* * * * * * * * * * * * * * * * * * * *

PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT: Short statement of Plaintiff's claim and reasons. If money claim, state year indebtedness arose and describe any promissory note.

Amount sued for $ 5,000.00  plus interest and court costs.

1) Defamation
2) Negligent Enablement of Identity Fraud
3) Violation of the Fair Credit Reporting Act

•••SERVICE•••
I CERTIFY THAT THE ABOVE AND ATTACHED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. IT IS REQUESTED THAT SERVICE BE MADE OF THIS PLEADING IN ACCORDANCE WITH THE LOUISIANA CODE OF CIVIL PROCEDURE.

Anthony Reed
(Signature of Plaintiff)

**FILED**
Sept. 21st, 2016
DEPUTY CLERK

- - - - - - - - - - - -
| PROPER ATTIRE REQUIRED |
| NO SHORTS • NO SCARVES |
| NO HATS • NO TANK TOPS |
| NO BEACH SANDALS |
- - - - - - - - - - - -

**NOTICE:**
**YOU HAVE BEEN SUED.**

This citation is a certified copy of a petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within ten (10) days after you have received these documents, you must file an answer or other pleadings in the office of the Clerk of First City Court, 421 Loyola Ave., Room 201, New Orleans, Louisiana 70112.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within ten (10) days, a judgment may be entered against you without further notice.

ORIGINAL (White), DEFENDANT'S COPY (Yellow), PLAINTIFF'S COPY (Green), SERVICE RETURN (Pink)

09/21/2016

Anthony Reed

8730 Olive St.

New Orleans LA 70118

---

First Premiere Bank

P.O Box 5524

3820 N Louise Ave

Sioux Falls, SD. 57117-5524

To Whom It May Concern:

This letter is a follow up to my original letter dated 09/07/2016 regarding an inaccuracy on my credit reports, regarding account # 2579 ,which you claim " my account was charged off $291.59 ".

Yet again , you have failed to provide me with a copy of any viable evidence submitted by First Premier Bank .

Given that I believe you are acting in bad faith , and have not complied with the Federal Trade Commission (see 15 USC 41 , et seq.) I have filed a Small Claims lawsuit against you. (see attached lawsuit)

I have maintained careful records of your actions , and you are now required to appear at *Small Claims First City Court State of Louisiana, 421 Loyola Ave. room 201 New Orleans , LA 70112 Tel. (504) 407-0404*

I am seeking *$5,000* in damages for :

1) Defamation

2) Negligent Enablement of Identity Fraud

3) *Violation of the Fair Credit Reporting Act*

Prior to our court date if you should decide to correct your records and remove the negative and false item in question , please contact me at the address below , and I will subsequently drop the lawsuit.

My contact information is as follows :

Anthony Reed

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

8730 Olive St New Orleans, LA 70118

P.S Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public **press release**, including documentation of any potential small claims action.

Form 1058SC Rev. 07/19/05

# FIRST CITY COURT FOR THE CITY OF NEW ORLEANS
## SMALL CLAIMS DIVISION
ELLEN M. HAZEUR, CLERK
421 LOYOLA AVENUE, ROOM 201
NEW ORLEANS, LA 70112
(504) 407-0404

NO 16 - 0663

Anthony Reed
PLAINTIFF

VS.

First Premier Bank
DEFENDANT

FIRST CITY COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

★ ★ ★ DEFENDANT'S ANSWER ★ ★ ★

THIS FORM IS USED TO NOTIFY THE SMALL CLAIMS COURT THAT YOU INTEND TO CONTEST THE PLAINTIFF'S CLAIM. CHECK THE STATEMENT THAT APPLIES.

✓ 1. I DO NOT OWE THE PLAINTIFF ANY PART OF WHAT HE CLAIMS.

___ 2. I OWE THE PLAINTIFF ONLY PART OF WHAT HE CLAIMS.

___ 3. I OWE THE PLAINTIFF WHAT HE CLAIMS, AND WAIVE ANY FURTHER APPEARANCE AND/OR DELAYS AND CONSENT TO JUDGMENT AGAINST ME IN THE AMOUNT SOUGHT.

FILL IN THIS SECTION COMPLETELY

PRINT DEFENDANT'S NAME: First Premier Bank c/o McGlinchey Stafford, PLLC
Larry Feldman, Jr. (#05503)
DATE: 10/4/16
Mark R. Deethardt (#34511)
PHONE NUMBER: (504) 586-1200
ADDRESS: 601 Poydras Street, 12th Floor, New Orleans, LA 70130

Mark Deethardt
(Signature of Defendant)

★ ★ ★ COUNTER CLAIM ★ ★ ★

YOU ARE REQUIRED TO PAY THE COST OF $111.50 TO FILE A COUNTER CLAIM PLUS SERVICE FEES.

WHETHER OR NOT YOU BELIEVE YOU OWE THE PLAINTIFF, YOU MAY HAVE A CLAIM OF YOUR OWN AGAINST THE PLAINTIFF. YOU MAY RAISE YOUR CLAIM AS PART OF THIS CASE AND HAVE IT DECIDED AT THE SAME TIME. IF YOUR CLAIM IS FOR AN AMOUNT OVER THE JURISDICTION OF THE SMALL CLAIMS COURT ($5,000) YOU MUST TRANSFER TO THE REGULAR DOCKET OF FIRST CITY COURT. THERE IS A $324.00 FEE TO TRANSFER YOUR CASE TO THE FIRST CITY COURT DOCKET. IF DEFENDANT'S ANSWER IS FILED AFTER THE MOTION TO TRANSFER TO THE REGULAR DOCKET YOU WILL BE REQUIRED TO PAY $250.00 TO FILE YOUR ANSWER.

PLAINTIFF OWES ME $ _____ (BRIEFLY DESCRIBE CLAIMS & STATE REASONS)

_____
_____
_____

FILL IN THIS SECTION COMPLETELY

DATE: _____
PHONE NUMBER: _____
ADDRESS: _____

(Signature of Defendant)