UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY REED** | * | CIVIL ACTION NO. |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | SECTION |
| | * | |
| **FIRST PREMIER BANK** | * | JUDGE |
| | * | |
| **Defendant.** | * | MAGISTRATE |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

Pursuant to 28 U.S.C. § 1447(b) and Local Rule 3.2, Defendant, First PREMIER Bank ("FPB"), respectfully represents as follows:

(1)   The parties remaining in the action are:

   (a)   Anthony Reed, Plaintiff; and

   (b)   First Premier Bank, Defendant.

(2)   Copies of all pleadings, including answers, filed by these parties in state court were attached to FPB's Notice of Removal as Exhibit "A."

(3)   Copies of the returns of service of process filed in state court on these parties were attached to FPB's Notice of Removal as Exhibit "A."

Respectfully submitted this 18th day of October, 2016.

                                        */s/ Mark R. Deethardt*
                                        **LARRY FELDMAN, JR., T.A. (#05503)**
                                        **MARK R. DEETHARDT (#34511)**
                                        McGlinchey Stafford, PLLC
                                        12th Floor, 601 Poydras Street
                                        New Orleans, LA 70130
                                        Telephone: (504) 586-1200
                                        Facsimile: (504) 596-2800
                                        lfeldman@mcglinchey.com
                                        mdeethardt@mcglinchey.com

                                    *Attorneys for Defendant: First PREMIER Bank*

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  I further certify that a copy of the foregoing Certificate of Compliance has been served upon the following counsel of record or unrepresented parties via U.S. mail, email, and/or facsimile, this 18th day of October, 2016:

    Anthony Reed
    8730 Olive, St.
    New Orleans, LA  70118

                                          */s/ Mark R. Deethardt*
                                        **MARK R. DEETHARDT**