UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY REED** | * | **CIVIL ACTION NO.** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **SECTION** |
| | * | |
| **FIRST PREMIER BANK** | * | **JUDGE** |
| | * | |
| **Defendant.** | * | **MAGISTRATE** |
| | * | |

*********************************************

### CORPORATE DISCLOSURE STATEMENT OF FIRST PREMIER BANK

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, First PREMIER Bank ("FPB"), hereby identifies its respective parent corporations and lists any publicly held companies that own 10% or more of its stock, for this Court's use in evaluating any potential conflicts of interest.

FPB is a wholly owned subsidiary of United National Corporation, which is a privately held company.  No publicly traded corporation owns 10% or more of the shares of United National Corporation.

Respectfully submitted this 18th day of October, 2016.

*/s/ Mark R. Deethardt*
**LARRY FELDMAN, JR., T.A. (#05503)**
**MARK R. DEETHARDT (#34511)**
McGlinchey Stafford, PLLC
12th Floor, 601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
lfeldman@mcglinchey.com
mdeethardt@mcglinchey.com

*Attorneys for Defendant: First PREMIER Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  I further certify that a copy of the foregoing Certificate of Compliance has been served upon the following counsel of record or unrepresented parties via U.S. mail, email, and/or facsimile, this 18th day of October, 2016:

Anthony Reed
8730 Olive, St.
New Orleans, LA  70118

*/s/ Mark R. Deethardt*
**MARK R. DEETHARDT**